```
JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728
```

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-14-01844 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| LEE L. RAY, AKA LEE L. WILLIAMS, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, LEE L. RAY, AKA LEE L. WILLIAMS, in the total amount of $1,278.58.

Dated: September 26, 2014

TERRY NAFISI, CLERK
United States District Court
Central District of California

/s/ *Jenny Lam*
By: Deputy Clerk